UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :     **UNSEALING ORDER**

       - v. -                                   :     S2 24 Cr. 110 (JPO)

IVAN COLLADO,                             :
PATRICIA VILLALBA,                    :
   a/k/a "Patty,"                              :
   a/k/a "Sweetz,"                          :
ARECIO COLLADO, and              :
JERRY VARGAS,                           :
   a/k/a "Peligro,"                           :
                                                         :
          Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

      Upon application of the United States of America, by and through Assistant United States Attorneys Joseph H. Rosenberg, Ashley C. Nicolas, and Courtney L. Heavey, it is hereby ORDERED that Superseding Indictment S2 24 Cr. 110 (JPO) in the above-captioned case, which was filed under seal on February 4, 2025, be and hereby is unsealed.

SO ORDERED.

Dated: New York, New York
       February 6, 2025

                                                   THE HONORABLE ONA T. WANG
                                                   UNITED STATES MAGISTRATE JUDGE
                                                   SOUTHERN DISTRICT OF NEW YORK