UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

PATRICIA VILLALBA,

Defendant.

24-CR-110 (JPO)

<u>ORDER</u>

---

J. PAUL OETKEN, United States District Judge:

Pursuant to 18 U.S.C. § 3005, upon the recommendation of the Federal Defender, Elizabeth Macedonio is hereby appointed as learned counsel for the Defendant.

SO ORDERED.

Dated: March 18, 2025
 New York, New York

_____
J. PAUL OETKEN
United States District Judge