UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

PATRICIA VILLALBA,
                Defendant.

S2 24-CR-110-2 (JPO)

ORDER

---

J. Paul Oetken, District Judge:

    Defendant's attorney, Nipun Marwaha, is hereby relieved as counsel. C.J.A. attorney Ezra Spilke from the court's capital panel is hereby appointed to represent the defendant as lead counsel.

    SO ORDERED

Dated: May 23, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge