

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 9, 2025

**BY ECF**
Hon. J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    *United States v. Ivan Collado, et al.*, S2 24 Cr. 110 (JPO)

Dear Judge Oetken:

    The Government writes to request, with defendants' consent, that the Court adjourn the June 18, 2025 pretrial conference scheduled in the above-referenced matter for a period 90-days, until a date convenient for the Court. Should the Court grant the requested adjournment, the Government respectfully requests, again with defendants' consent, that the time between June 18, 2025, and the next scheduled conference be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The exclusion of time will allow the defendants to review any discovery that has been produced, will allow the capital case review to proceed, and will enable the parties to engage in discussions about potential pretrial resolutions.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: /s/ Ashley C. Nicolas
Ashley C. Nicolas
Joseph H. Rosenberg
Courtney L. Heavey
Assistant United States Attorneys
(212) 637-2326/-2467/-2413

Granted. The June 18, 2025 pretrial conference is adjourned to September 18, 2025 at 10:30 am. The Court hereby excludes time through September 18, 2025, under the Speedy Trial Act, 18 USC 3161(h)(7)(A), finding that the ends of justice outweigh the best interests of the public and the defendants in a speedy trial.
So ordered:
6/10/2025

_____
J. PAUL OETKEN
United States District Judge